HAROLD J. JACOBS, Appellant, v. THELMA JACOBS, by Her Guardian ad Litem, BERNARD ROGOW, Respondent.—

Concur— Stevens, P. J., Nunez, Kupferman, McNally and Steuer, JJ.

In the Matter of the Accounting of ABRAHAM D. LEVY, Public Administrator, as Administrator of the Estate of JULIUS KORMAN, Deceased, Respondent. SAMUEL BAGDORF et al., Appellants; JACOB NASS, as Guardian ad Litem for Unknown Distributees, et al.,

Concur — Stevens, P. J., Capozzoli, McGivern, Nunez and McNally, JJ.